**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## ORDER

The Court has before it relator's July 17, 2013 motion for rehearing/reconsideration of petition for writ of mandamus, her August 6, 2013 second motion for rehearing, and her August 8, 2013 "objection to letter filed and signed by Lisa Matz on August 2, 2013 and request for filing and rehearing." The Court **DENIES** the motions and the objection.


/s/     DAVID L. BRIDGES
        JUSTICE